No. 790. MUMMIANI *v.* NEW YORK; and

No. 791. NEW YORK EX REL. MUMMIANI *v.* HUNT, WARDEN, ET AL. January 5, 1942. Petition for writs of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Vincent Mummiani, pro se.* Reported below: 286 N. Y. 693, 723; 37 N. E. 2d 136, 455.

No. 635. EVANS *v.* UNITED STATES. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *Mr. Richard H. Wels* for petitioner.

Nos. 666 and 779. GATES *v.* UNITED STATES. January 5, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motions for leave to proceed further *in forma pauperis,* denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of these applications. *Eugene S. Gates, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 750. MILBURN *v.* PROCTOR TRUST CO. ET AL. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John W. Harrell* for petitioner.